IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PETER MAKUSI OTEMBA OWUOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:09-CV-1160-ID |
| ) | [WO] |
| ) | |
| AUTAUGA COUNTY COMMISSION, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon review of the special report filed by the defendants on February 22, 2010 (Court Doc. No. 9), and for good cause, it is

ORDERED that on or before March 15, 2010 the defendants shall file a supplement to this report, supported by an affidavit, which advises the number of occasions on which they opened the plaintiff's legal mail outside his presence and why they considered the particular piece(s) of such mail of a suspicious nature.

Done this 23rd day of February, 2010.

    /s/ Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE