IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PETER MAKUSI OTEMBA OWUOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:09-CV-1160-ID |
| ) | [WO] |
| ) | |
| AUTAUGA COUNTY COMMISSION, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon review of the special reports filed by the defendants, and for good cause, it is

ORDERED that on or before September 14, 2012 the defendants shall file a supplement to these reports, supported by an affidavit, which addresses the plaintiff's claims that while in the holding cell from November 6, 2008 until November 26, 2008 he was denied access to a shower, subjected to filthy conditions, deprived of a bed and denied the ability to communicate with his attorney.  It is further

ORDERED that the plaintiff be granted until September 21, 2012 to file a response to the defendants' supplemental special report.

Done this 6th day of September, 2012.

                                               /s/ Charles S. Coody
                                       CHARLES S. COODY

UNITED STATES MAGISTRATE JUDGE