IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


| | | |
|---|---|---|
| PETER MAKUSI OTEMBA OWUOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:09cv1160-MHT |
| | ) | (WO) |
| AUTAUGA COUNTY COMMISSION, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a former state inmate, filed this lawsuit challenging or claiming, among other things, interference with his mail, denial of access to the courts, and failure to provide adequate living conditions. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendant's motion for summary judgment should be granted. There are no objections to the recommendation. After an independent and de novo review

of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 19th day of November, 2012.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**